UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   EDCV 15-2120-VAP (KS)                                         Date: June 13, 2016

Title   *Don M. Hwang v. J.Gastelo*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Roxanne Horan-Walker | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On October 14, 2015, Petitioner, then a California state prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition"). (Dkt. No. 1.)  On February 2, 2016, Respondent filed an Answer to the Petition (Dkt. No. 13), and on February 22, 2016, Petitioner filed a Reply to the Answer (Dkt. No. 16).  The matter is now under submission to the Court for decision.

In a letter dated April 7, 2016, Petitioner asked the Clerk about "the status of [his] reply."  (Dkt. No. 20.)  On April 18, 2016, the Court issued a minute order responding to Petitioner's letter.  (Dkt. No. 19.)  On April 25, 2016, the Postal Service returned the Court's April 18, 2016 minute order as undeliverable.  (Dkt. No. 21.)  The envelope was marked "return to sender" and "paroled/discharged."  (*Id.*)

Local Rule 41-6 states that "[i]f mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution."  In this case, well over a month has passed since the Court's April 18, 2016 minute order was returned undelivered by the Postal Service, and Petitioner has not notified the Court of his current address.  Accordingly, the Court may now recommend dismissal of the Petition based on Petitioner's failure to keep the Court informed on his current address as required by the local rules.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **EDCV 15-2120-VAP (KS)**                          Date: June 13, 2016

Title   *Don M. Hwang v. J.Gastelo*

    However, in the interests of justice, Petitioner is **ORDERED TO SHOW CAUSE on or before July 5, 2016**, why the Court should not recommend that this action be dismissed. Petitioner may discharge this Order by filing a notice of change of address. Alternatively, if Petitioner does not wish to pursue this action, he may dismiss the Petition without prejudice by filing a signed documented entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a)(2).

    **Petitioner is advised that his failure to respond to this order will lead the Court to recommend dismissal pursuant to Rule 41-6 of the Local Rules.**

    **IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | rhw |