**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON M. HWANG, ) | NO. EDCV 15-2120-VAP (KS) |
| Petitioner, ) ) | |
| v. ) ) | **JUDGMENT** |
| J. GASTELO, Warden, ) ) | |
| Respondent. ) ) | |
| _____ ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: October 07, 2016

_____
VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE